### 34851. ODOM et al. v. BULLOCH et al.

QUILLIAN, J. The facts and issues of law in this case are substantially the same as the facts and issues of law in the case of *Mathis* v. *Bulloch*, ante, and the ruling made in that case controls the issues raised in this case, and requires a judgment of affirmance herein.

*Judgment affirmed. Felton, C. J., and Nichols, J., concur.*

DECIDED FEBRUARY 25, 1954.

*Cain & Smith, Custer & Kirbo*, for plaintiffs in error.
*J. J. Gainey, Bell & Baker*, contra.